DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RKHUB LOGISTICS LLC, HUBBELL ENTERPRISES INC.,**
and **ROBERT KEITH HUBBELL,**
Appellants,

v.

**EASTERN AUTO MOTOR CORP.,**
Appellee.

No. 4D21-2665

[August 3, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE19-023051.

Riley W. Cirulnick of Lorium Law, Fort Lauderdale, for appellants.

No appearance for appellee.

KUNTZ, J.

The Florida Supreme Court recently amended the rule governing summary judgment in Florida. *Lloyd S. Meisels, P.A. v. Dobrofsky*, No. 4D21-2397, 2022 WL 2057777, at *2 (Fla. 4th DCA June 8, 2022) (citation omitted). Relevant to this appeal is the portion of Florida Rule of Civil Procedure 1.510 requiring the trial court to state the reasons for granting or denying the summary judgment motion on the record. Fla. R. Civ. P. 1.510(a) (2021).

The rule requires the court to "state on the record the reasons for granting or denying the motion." *Id.* And "[t]he wording of the new rule makes clear that the court's obligation in this regard is mandatory." *Jones v. Ervolino*, No. 3D21-2037, 2022 WL 1560675, at *2 (Fla. 3d DCA May 18, 2022) (quoting *In re Amends. to Fla. R. Civ. P. 1.510*, 317 So. 3d 72, 77 (Fla. 2021)).

The record here does not include the court's reasons for granting the summary judgment motion. We reverse the summary judgment order and remand to allow the court an opportunity to do so. On remand, "it will not

be enough for the court to make a conclusory statement that there is or is not a genuine dispute as to a material fact." *In re Amends. to Fla. R. of Civ. P. 1.510,* 317 So. 3d at 77. Instead, either at a hearing or in a written order, "[t]he court must state the reasons for its decision with enough specificity to provide useful guidance to the parties and, if necessary, to allow for appellate review." *Id.*

*Reversed and remanded.*

WARNER and GROSS, JJ., concur.

*     *     *

**Not final until disposition of timely filed motion for rehearing.**